IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 OCT 18 A 10:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

John Seller's
_____
Full name and prison number
of plaintiff(s)

v.

Al. D.O.C. Officer
LT. McCary
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:07CV933-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center P.O. Box 220410, Deatsville, AL 36022

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center, P.O. Box 220410, Deatsville, AL 36022

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Lt. McCray | P.O. Box 220410, Deatsville AL 36022 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED October 10th 2007,

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel and Unusual Punishment, Intentionally intended to cause plaintiff harm, and jeopardized plaintiff safety.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Friday night at about 9:13 pm, In Dorm #A during Institutional Mail Call, 10-10-07 Date. The Plaintiff was Asleep on his Rack #33-A. When LT. M°Chey came over, to plaintiff Rack Anticipating that plaintiff was Another Inmate. That had been Asleep during mail call, And the LT. was delivering that supposebly Inmate's mail. Assuming the Plaintiff was the inmate, LT M°Chey Started slapping the Plaintiff in his facial Area with the mail material. Repeatedly until the plaintiff Awoken. Once the LT. M°Chey Realized it was a misstake. He neither Apologized and displayed any manner's about the incident. Only turned and walked off. The plaintiff is making the complaint because, this sort of behavior could have caused the plaintiff his sight. And also because this Officer M°Chey has Repeatly made Racist Remark's. As to his dislike's of white inmate's ; and people of Carcausia complexion. The Plaintiff is Requesting the Court take appropiate Action Regarding this matter.

This Officer LT. M°Chey display's A total disregard for inmate's exspecially white inmate's. And this is not part of the penalty that Criminal Offender's Pay for their Offenses against society. This Officer is a disaster waiting to happen.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Stop this Abuse of Authority, Keep this Officer Lt. McCrory away from Plaintiff. Have the Al. DOC. I&I Division investigate this matter. Take legal action that is warranted.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 13th 2007.
              (Date)

_____
Signature of plaintiff(s)

John Sellers #229928, A33-A
V.L.C.
P.O. Box 220410
Beatsville, AL 36022

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON, THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE AL DEPT OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS WHEREIN.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

POSTAGE REQUIRED
USA41