THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN SELLERS, #222928, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-933-WKW |
| ) | [WO] |
| LT. McCRAY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Magistrate Judge filed a Report and Recommendation (Doc. # 4) in this case to which no objections have been filed. Upon an independent review of the file in this case and upon consideration of the Report and Recommendation of the Magistrate Judge, it is ORDERED that:

1.  The Report and Recommendation (Doc. # 4) is ADOPTED;

2.  This case is DISMISSED without prejudice for the plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

An appropriate judgment will be entered.

DONE this 7th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE